Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

**VA 2-344-531**

**Effective Date of Registration:**
March 23, 2023
**Registration Decision Date:**
May 01, 2023

## Title

                Title of Work:  Butterfly in Bloom II

## Completion/Publication

       Year of Completion:  2017
   Date of 1st Publication:  August 29, 2017
Nation of 1st Publication:  Canada

## Author

                    Author:  Elizabeth Mazur
           Author Created:  2-D artwork
                Citizen of:  Canada

## Copyright Claimant

      Copyright Claimant:  Elizabeth Mazur
                                 360 Ridelle Avenue Apt. 1203, Toronto, ON, M6B 1K1, Canada

## Rights and Permissions

                     Name:  Elizabeth Mazur
                     Email:  emazur16@gmail.com

## Certification

                     Name:  David Denholm
                      Date:  March 23, 2023
Applicant's Tracking Number:  EM2023032302



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-344-527**

**Effective Date of Registration:**
March 23, 2023
**Registration Decision Date:**
May 01, 2023

---

## Title

| | |
|---|---|
| Title of Work: | Midnight in the Garden II |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | January 29, 2018 |
| Nation of 1st Publication: | Canada |

## Author

| | |
|---|---|
| Author: | Elizabeth Mazur |
| Author Created: | 2-D artwork |
| Citizen of: | Canada |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Elizabeth Mazur |
| | 360 Ridelle Avenue Apt. 1203, Toronto, ON, M6B 1K1, Canada |

## Rights and Permissions

| | |
|---|---|
| Name: | Elizabeth Mazur |
| Email: | emazur16@gmail.com |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | March 23, 2023 |
| Applicant's Tracking Number: | EM2023032301 |

Page 1 of 1

