**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH MAZUR, | |
| Plaintiff, | Case No.: 1:24-cv-00260 |
| v. | Judge Virginia M. Kendall |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 92 | Moonker |
| 93 | Hxoliqit |
| 94 | duohahaa |
| 95 | HLKJKLS |
| 96 | Shiusinaa |
| 97 | Nomeni |
| 98 | Ongmies |
| 99 | Hanzidakd Clothing |
| 100 | Beppter Learning |
| 104 | Me LLC |
| 107 | Hemlock |
| 108 | NEGJ |
| 109 | Jiyugala |
| 110 | AZZAKVG |
| 111 | MOCMKT |
| 112 | befightstore |
| 115 | WANYNG INC |
| 117 | CAKVIICA |
| 118 | Wookpyhgt |
| 119 | HSGTRH |

| | |
|---|---|
| 120 | Sebtyili INC |
| 126 | Sagestore |
| 149 | HUAIYUAN SHOP |
| 9 | LZBRDY |
| 150 | Yingzi Stickers |
| 152 | KERANG |
| 91 | DODAMOUR |
| 101 | vovofine Co., LTD |
| 102 | Yang Clothing Store |
| 94 | duohahaa |
| 105 | YAGU Co. ltd |
| 5 | MileHouse |
| 70 | paykiatry |
| 62 | Lensenda |
| 116 | Yoone |
| 123 | Ruanlalo |
| 129 | huanledash |
| 130 | jangslng |
| 131 | kainuan |
| 135 | Sarkoyar |
| 127 | Xinmulight |
| 132 | Trayknick |
| 134 | Skindy |
| 136 | Sunrise |
| 64 | LASO |
| 67 | LJLJ |
| 113 | MYTAKEND |
| 137 | SOAC |
| 138 | noxiang si tech Co. Ltd |
| 121 | LOVERLYZ |
| 25 | AIRNOGO |
| 148 | Tutu lucky stickers |
| 4 | LiaoFan-US |
| 2 | Gibobby |
| 8 | GOODNICE |
| 106 | HeyM Co.Ltd |
| 63 | YAWALL GIFT |
| 23 | ZHANGEN |
| 13 | Coolstracks |
| 14 | Theo Lian |
| 26 | wenxin guo baay |
| 32 | gansh |
| 33 | Busk Sunset |
| 34 | Yunfan YBJ |

| | |
|---|---|
| 35 | GentleFang |
| 38 | Qaidam |
| 39 | Grand Di |
| 40 | The taste of cooking |
| 41 | Chad Bi |
| 42 | Anroop |
| 46 | Cosy & U |
| 49 | ShanXiPengXiao |
| 55 | Fortune Luck |
| 59 | yinlu dianzi |
| 72 | Family&Personal |
| 73 | Sharluue |
| 74 | Hildegarde Randy |
| 75 | Camprilli |
| 76 | yiyuan chunhua |
| 77 | Lozaneo |
| 79 | TATASUN |
| 80 | Abadam hui |
| 81 | T Innovation·HX |

DATED: February 28, 2024      Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 28, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt