**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH MAZUR, | |
| Plaintiff, | Case No.: 1:24-cv-00260 |
| v. | Judge Virginia M. Kendall |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Young B. Kim |
| Defendants. | |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 16 | wuaapeng☆☆☆☆☆ |
| 19 | YUANstore |
| 114 | ❤❤7-14 Days Delivery ❤❤ |
| 83 | LUOXI STORE |
| 151 | YMXXDTZ Sticker |
| 53 | LONGXR |
| 1 | Rockia |
| 51 | YINFENGKANHAI |
| 65 | DUNJIE Co.,Ltd. US |
| 20 | JiaDeLi |
| 61 | QIQIYQYQ |
| 30 | Collifun |
| 125 | LOVE DOCK Direct Store |

DATED: March 1, 2024	Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 1, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                                  */s/ Keith A. Vogt*
                                                                  Keith A. Vogt